**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 31 MAP 2014
:
          Appellant : Appeal from the Order of the Chester
: County Court of Common Pleas at No.
: CP-15-CR-0004226-2013 dated March 28,
          v. : 2014
:
:
FERNANDO PERES, :
:
          Appellee :

**ORDER**

**PER CURIAM**

    **AND NOW,** this 31st day of August, 2015, the Order of the Court of Common Pleas is hereby **AFFIRMED**. See Commonwealth v. Hopkins, 117 A.3d 247 (Pa. 2015).